IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                        Case No.  3:08cr22/LAC

JAMES FREEMAN,
  a/k/a "Mystikal"

_____

## INITIAL APPEARANCE

The defendant appeared before the undersigned with _____ without __X___ counsel.  I have this date advised the defendant of the rights enumerated herein and have taken the following action:

1. Advised that he/she is before a U.S. Magistrate Judge   __X___

2. Advised of the charge or charges   __X___

3. Advised that he/she does not have to make any statement;
   that defendant has a right to consult with an attorney before
   making any statement; that any statement made could be used
   against defendant; that defendant will not be called upon
   to enter a plea at this hearing   __X___

4. Advised of right to hire counsel, or have counsel appointed
   if found to be financially unable to hire counsel   __X___

5. Defendant executed CJA 23   __X___

6. Federal public defender appointed after determination
   defendant unable to hire counsel (CJA 20)   __X___

7. Advised that defendant should obtain and file CJA 23 if
   subsequently decides to request appointment of counsel   _____

| | | |
|---|---|---|
| 8. | Defendant admitted financial ability to employ counsel<br>Counsel _____ | _____ |
| 9. | Defendant found to be able to make full or partial payment for appointed counsel | _____ |
| 10. | Federal public defender appointed solely for the purpose of appearing at arraignment | _____ |
| 11. | Defendant to report to the U.S. Magistrate Judge in ____ days as to formal and final retention of private counsel | _____ |
| 12. | Since before the court on an indictment, the defendant was advised no right to preliminary hearing | __X___ |
| 13. | Fix date and time for arraignment:<br>     March 5, 2008 at 11:00 a.m. | __X___ |
| 14. | Defendant advised of right to reasonable bail | __X___ |
| 15. | Order Setting Conditions of Release entered | _____ |
| 16. | Government moved for detention without bail | __X___ |
| | (a)   Government represented ready for detention hearing immediately | _____ |
| | (b)   Government requested continuance of __2____ days (up to and including 3 days) | __X___ |
| | (c)   Defendant advised of right of continuance for up to and including 5 days | _____ |
| | (d)   Detention hearing scheduled for March 5, 2008 @ 11:00 a.m. and Temporary Detention Order entered | __X___ |
| | (e)   Detention hearing conducted | _____ |
| |         1)   Order of detention entered | _____ |
| |         2)   Order Setting Conditions of Release entered | _____ |

*Case No: 3:08cr22/LAC*

 **(f)**   **Defendant currently under order of incarceration negating necessity of consideration of detention on this charge(s) at this time**   \_\_\_\_\_



   **MILES DAVIS**
   **UNITED STATES MAGISTRATE JUDGE**

**DATE:  March 3, 2008**

**JUDGES NOTES:**_____
_____
_____
_____