IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 3:08cr22/LAC

JAMES FREEMAN,
  a/k/a "Mystikal"

_____

## RESPONSE TO DEFENDANT FREEMAN'S MOTION IN LIMINE
## REGARDING GOVERNMENT'S NOTICE OF RULE 404(B) EVIDENCE

COMES NOW the United States of America, by and through its undersigned

Assistant United States Attorney, and in response to Defendant Freeman's motion in

limine regarding the Government's notice of Rule 404(B) evidence, shows unto the Court

the following:

The Government will not seek admission of the evidence referenced in Defendant

Freeman's motion without first taking up the matter with the Court outside the jury's

presence.  If the Court waits until other evidence has been presented and theories of the

case have been put forward before ruling on the admissibility of the challenged evidence,

the Court will be able to better apply the relevant three-part test in determining whether to

admit the Government's proposed Fed.R.Evid. 404(b) evidence.  *See United States v.*

*Miller*, 959 F.2d 1535, 1538 (11th Cir. 1992)(*en banc*).

Accordingly, the Court should defer ruling on the defendant's motion, with the

understanding that the Government will not elicit the challenged evidence without first

obtaining approval from the Court.

Respectfully submitted,

THOMAS F. KIRWIN
Acting United States Attorney

/s/ David L. Goldberg
DAVID L. GOLDBERG
Assistant United States Attorney
Northern District of Florida
Member of the Maryland
21 East Garden Street, Suite 400
Pensacola, FL 32502
(850)444-4000

/s/ LisaMarie Freitas
LISAMARIE FREITAS
Department of Justice
Trial Attorney
Child Exploitation & Obscenity Section

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion has been provided, via electronic filing with the Clerk of Court to George Murphy, Esq., Counsel for Daniel Castleman, Thomas Keith, Esq., Counsel for James Freeman, Albert Oram, Esq., Counsel for Gary Lakey, Stephen Sutherland, Esq., Counsel for Marvin Lambert, Patrick Jackson, Esq., Counsel for Neville McGarity, E. Brian Lang, Esq., Counsel for Warren Mumpower, Elizabeth Among, Esq., Counsel for Raymond Roy, and Clinton Couch, Esq., Counsel for Ronald White, on this 22nd day of December, 2008.

/s/ David L. Goldberg
DAVID L. GOLDBERG
Assistant United States Attorney