## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                  Case No. 3:08cr22/LAC

**DANIEL CASTLEMAN,**
  a/k/a "Chingachgook,"
**JAMES FREEMAN,**
  a/k/a "Mystikal,"
**GARY LAKEY,**
  a/k/a "Eggplant,"
**MARVIN LAMBERT,**
  a/k/a "Methuselah,"
**NEVILLE McGARITY,**
  a/k/a "Wraith,"
**WARREN MUMPOWER,**
  a/k/a "Lizzard,"
and
**RONALD WHITE,**
  a/k/a "RoadKill"

_____

### GOVERNMENT'S RESPONSE TO DEFENDANTS' REQUESTED VOIR DIRE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and objects to the defendants' requested voir dire, pursuant to Rule 24 of the Federal Rules of Criminal Procedure, as follows:

1. The Government believes that the Court should follow its general practice as to voir dire. Many of the questions requested by the defendants are part of this Court's standard voir dire.

2. Questions 26, 27, 33 - 43, 48 - 54 (for Defendant Lambert, Doc. 414) are all addressed when the Court instructs the jury as to the law and need not be repeated in this format.

3. Question 9 (for Defendant Freeman, Doc. 417) is an issue of law that the Court will instruct the jury upon. As such, this question attempts to supplant the role of the Court and is improper.

4. Questions 1 and 2 (for Defendant Lakey, Doc. 424) are issues of law that the Court will instruct the jury upon. As such, these questions attempt to supplant the role of the Court and are improper. Questions 3, 4 and 7 regard potential prejudice that jurors might feel in this case, and this issue is covered by the Court in its general voir dire.

5. Questions 8 and 9 (for Defendant Castleman, Doc. 425) regard potential prejudice that jurors might feel in this case, and this issue is covered by the Court in its general voir dire.

    Respectfully submitted,

    THOMAS F. KIRWIN
    Acting United States Attorney

    */s/ David L. Goldberg*
    David L. Goldberg
    Assistant United States Attorney
    Member of the Maryland Bar
    21 East Garden Street, Suite 400
    Pensacola, FL  32502-5675
    (850)444-4000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been delivered via the Court's electronic filing system to George Murphy, Esq., Counsel for Daniel Castleman, Thomas Keith, Esq., Counsel for James Freeman, Albert Oram, Esq., Counsel for Gary Lakey, Stephen Sutherland, Esq., Counsel for Marvin Lambert, Patrick Jackson, Esq., Counsel for Neville McGarity, E. Brian Lang, Esq., Counsel for Warren Mumpower, and Clinton Couch, Esq., Counsel for Ronald White, on this the 31st day of December, 2008.

                                                  /s/ David L. Goldberg
                                                  DAVID L. GOLDBERG
                                                  Assistant United States Attorney