# United States District Court
# Northern District of Florida
# Pensacola Division
CRIMINAL MINUTES - SENTENCING

Time Commenced: 11:10 a.m.                                              Case #  3:08cr22-02/RV

Time Concluded: 12: 34 p.m.                                              Date   April 28, 2009

**DOCKET ENTRY: SENTENCING HEARING.   Defendant JAMES FREEMAN** sentenced  to the custody of the Bureau of Prisons: Count 1: Life; Counts 2 and 6: 600 months; Counts 18 and 29: 480 months; and Count 40: 240 months; each count to run concurrent one with the other. Supervised Release: Counts 1, 2, 6, 18, and 29: Life; Count 40: 3 years; each count to run concurrent, one with the other. Fine: Waived. SMA: $600.00. SEE FORMAL JUDGMENT.  Defendant's exhibit stored in Clerk's office secured storage room.

PRESENT:       HONORABLE    LACEY COLLIER     , SENIOR JUDGE        Jerry Marbut
                                                                    Courtroom Deputy Clerk

Donna Garrison        Donna Boland         David Goldberg
USPO                  Court Reporter       Assistant U.S. Attorney

**U.S.A. vs.  JAMES FREEMAN**

**JAMES FREEMAN**    Present  Custody       Attorney for Defendant: **Thomas S. Keith, Esquire (AFPD)**

Defendant  **JAMES FREEMAN**    See Formal Judgment
Court adjudges defendant Guilty on Counts 1s, 2s, 6s, 18s, 29s, 40s of the Superseding Indictment   X
Court inquires re objections to findings of fact/conclusions of law                                  X
Court informs defendant to right to appeal                                                           X

PROCEEDINGS:

| | |
|---|---|
| 11:10am | Court in session. |
| 11:11am | Court inquires as to any objections to the PSR. |
| 11:12am | **Attorney Thomas S. Keith** responds/briefs the Court re: Objection as to active participation. |
| 11:17am | **Attorney David Goldberg** responds. |
| 11:20am | Court overrules objection as to active participation. |
| 11:21am | **Attorney Thomas S. Keith** re: Departure on the pattern. |
| 11:22am | **Attorney David Goldberg** responds. |
| 11:23am | **Attorney Thomas S. Keith and Attorney David Goldberg** brief/argument. |
| 11:28am | Court overrules objection as to a pattern. |
| 11:29am | **Attorney David Goldberg** briefs the Court. |
| 11:30am | **Attorney Thomas S. Keith** re: Obstruction of justice objection. |
| 11:32am | **Attorney David Goldberg** responds. |
| 11:34am | **Attorney Thomas S. Keith** responds. |
| 11:35am | Court overrules objection as to Obstruction of justice. |
| 11:36am | **Attorney Thomas S. Keith** objection as to upward departure re: Double counting. |
| 11:37am | **Attorney David Goldberg** responds. |
| 11:38am | Court overrules objection re: Double counting. |
| 11:39am | **Attorney Thomas S. Keith** re: PSR. |
| 11:40am | **Attorney David Goldberg** responds. |
| 11:43am | **Attorney Thomas S. Keith** responds. |
| 11:45am | Court overrules defendant's objections. |
| 11:46am | **Attorney Thomas S. Keith** objection re: Section 2.2.6 application. |
| 11:49am | **Attorney David Goldberg** responds. |

UNITED STATES v. JAMES FREEMAN                                                              Page Two
3:08cr22-02/LAC

Time

| | |
|---|---|
| 11:50am | **Attorney Thomas S. Keith** responds. |
| 11:51am | Court overrules objections. |
| 11:52am | **Attorney Thomas S. Keith** re: Minor role of defendant. |
| 11:53am | **Attorney David Goldberg** responds. |
| 11:55am | **Attorney Thomas S. Keith** responds. |
| 11:56am | Court overrules objection as to minor role of defendant. |
| 11:57am | Court briefs counsel as to Count 2. |
| 11:58am | **Attorney Thomas S. Keith** briefs the Court re: Prior case. |
| 11:59am | **Attorney David Goldberg** responds. Government moves for Government exhibits 1 and 2 to be admitted into evidence. **Attorney Thomas S. Keith** objects. Objection overruled. Government exhibits 1 and 2 admitted. |
| 12:00pm | **Attorney Thomas S. Keith** addresses the Court re: Allocution. |
| 12:13pm | **Defendant JAMES FREEMAN** declines to address the Court re: Allocution. |
| 12:14pm | **Attorney David Goldberg** responds. |
| 12:16pm | **Defendant JAMES FREEMAN** sentenced to the custody of the Bureau of Prisons: Count 1: Life; Counts 2 and 6: 600 months; Counts 18 and 29: 480 months; and Count 40: 24 months; each count to run concurrent one with the other. Supervised Release: Counts 1, 2, 6, 18, and 29: Life; Count 40: 3 years; each count to run concurrent, one with the other. Fine: Waived. SMA: $600.00. SEE FORMAL JUDGMENT. |
| 12:24pm | Court inquires re: Objections to findings of fact/conclusions of law. Objections as previously stated. |
| 12:25pm | Court inquires of the Government as to restitution. |
| 12:26pm | **Attorney David Goldberg** responds. |
| 12:27pm | Court responds. |
| 12:28pm | **Attorney Thomas S. Keith** responds. |
| 12:29pm | **Attorney David Goldberg** responds. |
| 12:31pm | Court responds. |
| 12:33pm | Court informs defendant of right to appeal. |
| 12:34pm | Court in recess. |

FILED IN OPEN COURT

 4/28/2009                                                                 INITIALS OF DEPUTY CLERK **s/JRM**