# United States District Court
## CRIMINAL MINUTES - GENERAL

Time Commenced: __1:30pm__                     Case # __3:08cr22LAC__

Time Concluded: __3:55pm__                     Date __Monday, June 22, 2009__

DOCKET ENTRY: Hearing to determine Deft's restitution
Attached: Govt Exhibit and Witness list.  Govt Exhibits A thru E admitted (misc documents) in brown envelope placed in secured storage

PRESENT:     HONORABLE____LACEY A. COLLIER____, JUDGE     ____Mary Maloy____
                                                              Deputy Clerk
__Donna Garrison__     __Donna Boland__     __David Goldberg (DG)/Lisa Marie Freitas(LF)__
     USPO              Court Reporter              Asst. U.S. Attorney

U.S.A. vs. __James Freeman__                    _X_ present/in custody

           __Thomas Keith__                     _X_ present/appointed
           Attorney for Defendant

PROCEEDINGS:

| Time | Event |
|---|---|
| 01:30pm | Court in session |
|  | Govt (DG) argues that restitution is appropriate and will be calling witnesses |
| 01:32pm | Deft request to invoke the rule- Govt's witnesses are excused from the courtroom |
|  | Deft objects to the restitution issue |
| 01:35pm | Govt (DG) responds |
| 01:38pm | Govt (DG) calls their first witness |
|  | Govt (DG) witness James Marsh sworn - Direct |
| 01:54pm | Deft Cross of witness James Marsh |
| 02:15pm | Govt (DG) Redirect of witness James Marsh |
| 02:17pm | Govt (DG) witness Sharon Cooper sworn - Direct |
| 02:35pm | Deft Cross of witness Sharon Cooper |
| 02:58pm | Govt (DG) Redirect of witness Sharon Cooper |
| 02:59pm | Govt (DG) witness Dr. Joyana Silberg sworn - Direct |
| 03:17pm | Deft Cross of witness Dr. Joyana Silberg |
| 03:32pm | Deft (DG) Redirect of witness Dr. Joyana Silberg |
| 03:33pm | No further testimony to be offered |
|  | Govt (DG) argues as to restitution being ordered |
| 03:39pm | Deft responds |
| 03:47pm | Govt (DG) rebuttal argument |
| 03:51pm | Court questions Govt what is the amount of costs incurred |
|  | Govt (DG) responds |
| 03:53pm | Courts orders that restitution is appropriate; the Court will determine the amount and an order will be entered |
| 03:55pm | Court adjourned |

AO 187 (Rev. 7/87) Witness List

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JAMES FREEMAN

**GOVERNMENT WITNESS LIST**

Case Number:  3:08cr22LAC

| PRESIDING JUDGE  HONORABLE LACEY A. COLLIER | PLAINTIFF'S ATTORNEY  David Goldberg | DEFENDANT'S ATTORNEY  Thomas Keith |
|---|---|---|
| TRIAL DATE (S)  Restitution hearing held 6/22/2009 | COURT REPORTER  Donna Boland, Official Court Reporter | COURTROOM DEPUTY  Mary Maloy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/22/2009 | | | Government Witness James Marsh sworn |
| 2 | | 6/22/2009 | | | Government Witness Sharon Cooper sworn |
| 3 | | 6/22/2009 | | | Government Witness Joyana Silberg sworn |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

Case 3:08-cr-00022-LC-EMT   Document 737   Filed 06/22/09   Page 3 of 3

AO 187 (Rev. 7/87) Exhibit List

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JAMES FREEMAN

**GOVERNMENT EXHIBIT LIST**

Case 3:08cr22LAC

| PRESIDING JUDGE HONORABLE LACEY A. COLLIER | PLAINTIFF'S ATTORNEY David Goldberg | DEFENDANT'S ATTORNEY Thomas Keith |
|---|---|---|
| TRIAL DATE (S) Restitution hearing held 6/22/2009 | COURT REPORTER Donna Boland, Official Court Reporter | COURTROOM DEPUTY Mary Maloy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 6/22/09 | X | X | Victim Impact Statement of "Amy" |
| B | | 6/22/09 | X (objs) | X | Smith Economics Group, Ltd.'s Report re lost wages, damages, counseling costs, etc. of victim |
| C | | 6/22/09 | X | X | Curriculum Vitae of witness Sharon Cooper, M.D. |
| D | | 6/22/09 | X | X | Curriculum Vitae of witness Joyanna Silberg, PhD. |
| E | | 6/22/09 | X | X | Consultation Report between "Amy" and Dr. Silberg |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages